IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WANDA SUE BOWMAN, | ) |
| Plaintiff, | ) |
| v. | ) 3:11-cv-0704 |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) |
| Defendant. | ) |

**O R D E R**

Before the Court is the Joint Motion for An Award of Attorney Fees, Under the Equal Access to Justice Act, 28 U.S.C. § 2412, Document #26. The parties agree that an amount of $3,420.00 in attorney fees is appropriate.

Accordingly, the Joint Motion for An Award of Attorney Fees, Document #26, is **GRANTED**, and the Plaintiff is awarded $3,420.00 (three thousand four hundred twenty and 00/100) in attorney fees to be charged against the Defendant in this action and paid to Plaintiff, Wanda Sue Bowman, and sent to Plaintiff's counsel, John Allen, at his office address.

**IT IS SO ORDERED**.

Thomas A. Wiseman, Jr.
Senior U.S. District Judge